# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING: 99-505-1

AFTER CONSIDERING THE APPLICATIONS for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **May 17, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Timothy Barker | Reg. No. 45958-054 |
| Darryl K. Barnes | Reg. No. 59449-066 |
| Blake Demond Beard | Reg. No. 54412-019 |
| Michael Dwight Brown | Reg. No. 34828-037 |
| Timothy Wayne Calhoun | Reg. No. 70061-079 |
| Terrance Cox | Reg. No. 20972-076 |
| Arthur Edmonds | Reg. No. 25203-050 |
| Carroll Fletcher | Reg. No. 19977-101 |
| Darryl C. Gillard | Reg. No. 08333-035 |
| Pablo Gonzalez, Jr. | Reg. No. 66638-079 |
| Rogel Grant | Reg. No. 59205-066 |
| Lionel Joseph Henderson, Jr. | Reg. No. 12794-035 |
| Roy Lee Hodgkiss | Reg. No. 52403-080 |
| Adrien Tyrell Horne | Reg. No. 25716-056 |
| Robert Jackson, Sr. | Reg. No. 12762-018 |
| Tony Lanier Jackson | Reg. No. 09703-021 |
| Lonnie Jennings | Reg. No. 19289-424 |
| Audrey Louis Johnson, Jr. | Reg. No. 10446-033 |
| Oscar Lopez, aka Oscar López-Rivera | Reg. No. 87651-024 |
| Connie Lee Lyons | Reg. No. 11394-018 |
| Adan Nieves Martinez, aka Adam Martinez | Reg. No. 09460-059 |
| Kevin C. McFerren | Reg. No. 15029-076 |
| Alphonse Milan | Reg. No. 04876-095 |
| Muff't Ishmael Mustaafa | Reg. No. 12659-026 |
| Andre Nelson, aka Terrell Andre Nelson | Reg. No. 50648-083 |
| Gregory Newton | Reg. No. 08137-029 |
| Wesley Eugene Northington | Reg. No. 06856-028 |
| William Ortiz | Reg. No. 19003-054 |
| David Javier Perez | Reg. No. 16007-084 |
| Deneise Ann Quintanilla | Reg. No. 56026-079 |
| Rodrikus Marshun Robinson | Reg. No. 02188-057 |
| Bruce Samuels, aka Briscoe Samuels, aka Bruce Bynum | Reg. No. 25569-083 |
| Stephen Dale Schnepf | Reg. No. 03453-029 |
| Adrian Scott | Reg. No. 28902-037 |
| Vincent B. Snyder | Reg. No. 75936-004 |
| Dwight M. Spencer | Reg. No. 04182-017 |
| Lulummba Clay Travis | Reg. No. 05551-032 |
| Yolanda Triana, aka Yolanda Jean Rodriguez | Reg. No. 04441-063 |
| Warren Lee Underwood | Reg. No. 57245-097 |
| Rashard Kimako Wagner | Reg. No. 11847-171 |
| Ralph Darrell Warren | Reg. No. 41416-060 |
| Keith Wooten | Reg. No. 23194-050 |
| Michael Wayne Wright | Reg. No. 24493-034 |

**FILED**

JAN 19 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **May 17, 2017**. I also remit the unpaid balance of the fine imposed by the court on each respective person. I leave intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each named person on prerelease custody as soon as possible:

| | |
|---|---|
| **Cesar Moreno, Sr.** | Reg. No. 71488-079 |
| **Eduardo Moreno** | Reg. No. 71489-079 |
| **Lazaro Moreno** | Reg. No. 71491-079 |
| **Luis Moreno** | Reg. No. 71492-079 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **January 17, 2018**. I leave intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each named person on prerelease custody as soon as possible:

| | |
|---|---|
| **Brian Keith Harvey** | Reg. No. 18725-018 |
| **Tressie Walker** | Reg. No. 10423-026 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **120 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Randolph Key** | Reg. No. 17124-171 |
| **Tracy Moorehead** | Reg. No. 41233-424 |
| **Willie Myers, Jr.** | Reg. No. 16959-171 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Ulysses Simon Bouie** | Reg. No. 17231-171 |
| **Jesse Jackson** | Reg. No. 39514-048 |
| **Kunta Kenta Redd** | Reg. No. 51268-056 |
| **Kevin Williams** | Reg. No. 22012-076 |
| **Brenz Kaiwaena Wright** | Reg. No. 57767-019 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Antwan Boyd** | Reg. No. 50246-018 |
| **Rickey Calloway** | Reg. No. 10431-033 |
| **Leonard Lyle Fontenot** | Reg. No. 12594-035 |
| **Willard Wayne Howard** | Reg. No. 41368-074 |
| **John E. Stewart** | Reg. No. 10624-033 |
| **Ruben Velez** | Reg. No. 20465-068 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**. I also remit the unpaid balance of the fine imposed by the court that may remain when respective person's sentence expires. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Kelvin Dandrea Cotton** | Reg. No. 15949-179 |
| **Omar Demortius Williams** | Reg. No. 56545-180 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Valarian Jaymonn Brown** | Reg. No. 54816-018 |
| **Vandarrell Leon Doe,** | Reg. No. 12356-021 |
| aka **Dwan Devon Doe** | |
| **Bobby Eugene Mitchell** | Reg. No. 26741-001 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Chris Coleman** | Reg. No. 20304-045 |
| **Raymond M. Walker, III** | Reg. No. 07720-028 |
| **Randy Gean Williams,** | Reg. No. 40081-050 |
| aka **Malik Strong** | |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Roland J. Bailey** | Reg. No. 06791-016 |
| **Robert Booker** | Reg. No. 19040-039 |
| **Raymond Brown** | Reg. No. 25772-056 |
| **Paul Anthony Cass** | Reg. No. 26342-001 |
| **Iris Yolanda Davila** | Reg. No. 52919-066 |
| **Leonard Jones,** | Reg. No. 05248-036 |
| aka **Anthony James** | |
| **Tony Mitchell** | Reg. No. 20705-076 |
| **Stefan Valenti Mosley** | Reg. No. 37861-037 |
| **Miguel Angel Quintanilla** | Reg. No. 56027-079 |
| **Nathaniel Salery** | Reg. No. 09306-002 |
| **Axel Santos-Cruz** | Reg. No. 51969-066 |
| **Matthew Arrington Turner** | Reg. No. 22489-424 |
| **Kenneth Gary Washington** | Reg. No. 09016-035 |
| **Alfred Leonard Williams** | Reg. No. 02391-025 |
| **Rodney Anton Williamson** | Reg. No. 23534-057 |
| **John F. Winkelman, Jr.** | Reg. No. 10506-067 |
| **Terry Woods** | Reg. No. 22037-057 |

I hereby further commute the total sentence of imprisonment imposed upon **Jerry Jerome Anderson**, Reg. No. 82944-020, to expire on **January 17, 2020**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Henry Robert Brown**, Reg. No. 07719-424, to a term of **292 months' imprisonment**. I also remit the unpaid balance of the $450,000 money judgment imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Christopher M. DePree**, Reg. No. 31871-044, to expire on **July 16, 2017**, leaving intact and in effect the four-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Daryl Edwards**, Reg. No. 22717-018, to a term of **360 months' imprisonment**, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Daryl Edwards**, Reg. No. 22717-018, on prerelease custody during the final year of his sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Donnell Bartholomew Ford**, Reg. No. 09934-424, to a term of **300 months' imprisonment**. I also remit the unpaid balance of the $10,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **David Louis Hunter**, Reg. No. 75096-004, to a term of **210 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kenya Lasale Nicholson**, Reg. No. 15435-064, to a term of **324 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Bobby Wayne Reed**, Reg. No. 72743-079, to a term of **360 months' imprisonment**. I also remit the unpaid balance of the $25,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Jermaine Darnell Samuels**, Reg. No. 11105-030, to a term of **180 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Gino Velez Scott**, Reg. No. 85741-020, to a term of **264 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Brian Lafonta Smith**, Reg. No. 13300-041, to a term of **150 months' imprisonment**, leaving intact and in effect the four-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kelzin Squirewell**, Reg. No. 99859-071, to a term of **138 months' imprisonment,** leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Douglas Lee Stallworth**, Reg. No. 13353-084, to a term of **168 months' imprisonment,** leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Dashon Coverta Starks,** Reg. No. 22808-018, to a term of **288 months' imprisonment,** leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ronald Toms**, Reg. No. 00275-748, to a term of **352 months' imprisonment,** leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Andres Wilfredo Torriente** Reg. No. 09811-031, to a term of **163 months' imprisonment,** leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Eric Wilson,** Reg. No. 06831-424, to a term of **424 months' imprisonment,** leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Seventeenth day of January in the year of our Lord Two thousand and seventeen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**